WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dean Wine, as trustee of the Plaintiff Taft-Hartley trust funds; Debra Margraf, as trustee of the Plaintiff Taft-Hartley trust funds; IBEW Local Union No. 640 and Arizona Chapter NECA Health & Welfare Fund, a Taft-Hartley trust; IBEW Local Union No. 640 and Arizona Chapter NECA Pension Fund, a Taft Hartley trust; National Electrical Benefit Fund, a Taft-Hartley trust; Phoenix Electrical Industry Joint Apprenticeship and Training Committee, a Taft-Hartley trust;<br><br>Plaintiffs,<br><br>vs.<br><br>SCH Electric L.L.C.,<br><br>Defendant. | No. CV-08-0874-PHX-LOA<br><br>**ORDER TO SHOW CAUSE** |

The Court has received Plaintiffs' consent to magistrate judge jurisdiction (docket #8) in response to the Court's Order to Show Cause issued June 6, 2008. (docket # 7)

Therefore,

**IT IS ORDERED** that the Court's Order to Show Cause issued June 6, 2008 (docket # 7) is hereby **DISCHARGED**.

DATED this 19th day of June, 2008.

Lawrence O. Anderson
United States Magistrate Judge