**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dean Wine, as Trustee of the Taft-Hartley trust funds; et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SCH Electric, L.L.C.,<br><br>    Defendant. | No. CV-08-0874-PHX-LOA<br><br>**DEFAULT JUDGMENT** |

Defendant's default having been entered and a default damages hearing having been held on August 27, 2008, Plaintiffs are entitled to Default Judgment against Defendant SCH Electric, L.L.C.,

**IT IS ORDERED** that Defendant SCH Electric, L.L.C. shall file with the Court and Plaintiffs' authorized representative accurate and completed contribution reporting forms for the months of February, 2008 through, and including, July, 2008 no later than ten (10) calendar days after being served with certified copies of this Court's Findings of Fact and Conclusions of Law and Default Judgment. When filing said contribution reporting forms, Defendant shall pay all delinquent contributions shown to be due for such reported work by Defendant's employees for the months of February, 2008 through, and including, July, 2008; and, Defendant shall timely file accurate and complete contribution reporting forms and shall timely pay contributions due after today's date as required by law until such

1 time as Defendant files and delivers a truthful "Stop Card" with the appropriate
2 representative of Plaintiffs.

3     **IT IS FURTHER ORDERED** that Plaintiffs shall have Judgment against
4 Defendant SCH Electric, L.L.C. in the sum of $2060.00 for reasonable attorney's fees and
5 $350.00 for court costs incurred herein.

6     **IT IS FURTHER ORDERED** that Plaintiffs may timely apply for recovery
7 of additional reasonable attorney's fees and court costs incurred after today's date in
8 enforcing the terms of this Judgment and for such other and further relief , including
9 Contempt of Court, as this Court deems just and proper.

10     DATED this 27th day of August, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge

- 2 -