WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dean Wine, as trustee of the Plaintiff Taft-Hartley trust funds; Debra Margraf, as trustee of the Plaintiff Taft-Hartley trust funds; IBEW Local Union No. 640 and Arizona Chapter NECA Health & Welfare Fund, a Taft-Hartley trust; IBEW Local Union No. 640 and Arizona Chapter NECA Pension Fund, a Taft Hartley trust; National Electrical Benefit Fund, a Taft-Hartley trust; Phoenix Electrical Industry Joint Apprenticeship and Training Committee, a Taft-Hartley trust;<br><br>Plaintiffs,<br><br>vs.<br><br>SCH Electric L.L.C.,<br><br>Defendant. | No. CV-08-0874-PHX-LOA<br><br>**ORDER** |

Respondent Stanley Halls having appeared at the Order to Show Cause Hearing held October 27. 2008 before the undersigned,

**IT IS ORDERED** that the Order to Show Cause issued to Respondent Stanley Halls issued on September 29, 2008 is **discharged**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Hold Defendant in Contempt of Court, docket #22, is **DENIED** without prejudice.

DATED this 30th day of October, 2008.

Lawrence O. Anderson
United States Magistrate Judge